Ryan M. Best, WSBA #33672
Dane J. O'Driscoll, WSBA #57060
Best Law, PLLC
905 W. Riverside, Suite 409
Spokane, WA 99201
Telephone: (509) 624-4422
ryan.best@bestlawspokane.com
dane@bestlawspokane.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
SPOKANE DIVISION

MATTHEW and SARAH ALERIA, individually and for the marital community thereof,

  Plaintiff,

vs.

STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation, doing business in the State of Washington,

  Defendant.

No. **2:23-cv-00268-SAB**

**PLAINTIFF'S DEMAND FOR JURY TRIAL**

**TO: THE CLERK OF THE COURT FOR THE EASTERN DISTRICT OF WASHINGTON**

**AND TO: STATE FARM FIRE AND CASUALTY COMPANY AND DEFENDANT'S COUNSEL OF RECORD**

The Plaintiffs elect to have all claims and issues in the above captioned case tried by a jury of twelve persons.

//

//

**PLAINTIFF'S DEMAND FOR JURY TRIAL** 1

BEST LAW PLLC
905 WEST RIVERSIDE, SUITE 409
SPOKANE, WASHINGTON 99201
PHONE (509) 624-4422
FAX: (509) 703-7957

Dated: September 19, 2023

           **BEST LAW, PLLC**

           By: *[signature]*
           Ryan M. Best, WSBA #33672
           Dane J. O'Driscoll, WSBA #57060
           Best Law, PLLC
           905 W. Riverside, Suite 409
           Spokane, WA 99201
           Telephone: (509) 624-4422
           ryan.best@bestlawspokane.com
           dane@bestlawspokane.com
           *Attorneys for Plaintiffs*

**PLAINTIFF'S DEMAND FOR JURY TRIAL** 2                  BEST LAW PLLC
                                        905 WEST RIVERSIDE, SUITE 409
                                        SPOKANE, WASHINGTON 99201
                                        PHONE (509) 624-4422
                                        FAX: (509) 703-7957

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th of September, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to:

jhicks@sinarslaw.com

cfurman@sinarslaw.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

BEST LAW PLLC

Dane O'Driscoll

PLAINTIFF'S DEMAND FOR JURY TRIAL 3

BEST LAW PLLC
905 WEST RIVERSIDE, SUITE 409
SPOKANE, WASHINGTON 99201
PHONE (509) 624-4422
FAX: (509) 703-7957